# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0929
LT Case Nos. 2017-CF-003194-A
2017-CF-006226-A

_____

JOHNATHAN L. SUMMERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London Mahogony Kite, Judge.

Johnathan L. Summers, Crawfordville, pro se.

No Appearance for Appellee.

December 4, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____